■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD NEWELL, Appellant.—Judgment unanimously reversed on the law and new trial granted. Memorandum: In its charge to the jury, the trial court incorrectly defined reasonable doubt as a doubt "based entirely and absolutely on good sound substantial reason" and, on three occasions, stated that a juror who harbors doubt should be able to articulate a good reason for such doubt to his fellow jurors. Defendant objected to the charge as given, thereby preserving this issue for review. Because the charge as a whole failed to convey the proper standard to the jury, reversal is required *(see, People v Phoenix,* 148 AD2d 942, *lv denied* 73 NY2d 1020; *People v Jimenez,* 147 AD2d 905, *lv denied* 73 NY2d 978; *People v Luis,* 145 AD2d 960, *lv denied* 73 NY2d 923; *People v Price,* 144 AD2d 1013, *lv denied* 73 NY2d 895; *People v Mitchell,* 124 AD2d 977; *People v La Rosa,* 112 AD2d 954; *People v Balian,* 49 AD2d 94). We have examined the remaining issue raised by defendant and find it to be lacking in merit. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Grand Larceny, 4th Degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.